## In re SAN GABRIEL SANATORIUM CO.

(Circuit Court of Appeals, Ninth Circuit. October 14, 1901.)

### No. 573.

BANKRUPTCY—JURISDICTION OF DISTRICT COURT—SUITS BY OR AGAINST TRUSTEE.
The bankrupt act does not confer upon a district court of the United States, as a court of bankruptcy, jurisdiction of a controversy between a trustee and a mortgagee of the bankrupt to determine the validity of the mortgage, unless with the consent of such mortgagee.

On Rehearing. For former opinion, see 102 Fed. 310. See 95 Fed. 271.

Before GILBERT, ROSS, and MORROW, Circuit Judges.

PER CURIAM. In this case the district court for the Southern district of California granted leave to a mortgagee to make a trustee in bankruptcy a party defendant to foreclosure proceedings in the state court. The court also denied the petition of the trustee for an injunction to restrain the foreclosure proceedings in the state court. On a petition to this court for a review of the proceedings in the district court, the orders were reversed. In re San Gabriel Sanatorium Co., 42 C. C. A. 369, 102 Fed. 310. Before further proceedings were taken in the district court the supreme court of the United States decided the case of Bardes v. Bank, 178 U. S. 524, 20 Sup. Ct. 1000, 44 L. Ed. 1175. A rehearing was thereupon granted in this case.

Under the construction placed upon the bankrupt act by the supreme court, the district court was right in granting leave to the mortgagee to make the trustee in bankruptcy a party defendant to the foreclosure proceedings in the state court. It was also right in denying the petition of the trustee for an injunction to restrain the foreclosure proceedings in the state court.

The orders of the district court are therefore affirmed.